UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
: 
CHARLES STAFFIERI, :
:
                            Plaintiff, :                      22-CV-8616 (JMF)
:
              -v- :             ORDER REGARDING
:              CERTIFICATION
LAW ENFORCEMENT EMPLOYEES BENEVOLENT :     PURSUANT TO FED. R.
ASSOCIATION et al., :      CIV. P. 5.1 AND 28 U.S.C
:                        § 2403
                         Defendants. :
:
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       In this suit, Plaintiff Charles Staffieri challenges the constitutionality of the Public Employees' Fair Employment Act (the "Taylor Law"), *codified at* N.Y. Civ. Serv. Law art. 14, arguing that, on its face and as applied to him, it violates the First and Fourteenth Amendments of the United States Constitution.  *See* ECF No. 1, at 8-11; ECF No. 9.  The Court has set an initial pretrial conference in the case for January 18, 2023, at 9:00 a.m.  *See* ECF No. 8.

       Pursuant to 28 U.S.C. § 2403(b) and Rule 5.1(b) of the Federal Rules of Civil Procedure, the Court hereby certifies to the Attorney General of the State of New York the constitutional challenge to the Taylor Law described above.  The Attorney General is advised that the State may intervene in this action "for presentation of evidence, if evidence is otherwise admissible in the case, and for argument on the question of constitutionality," 28 U.S.C. § 2403(b), within the time frames set forth in Rule 5.1(c) of the Federal Rules of Civil Procedure.

       The Clerk of Court is directed to provide a copy of this Order to the Attorney General of the State of New York by sending it via certified mail to the New York State Office of the Attorney General.

       SO ORDERED.

Dated: October 13, 2022                      _____
       New York, New York                       JESSE M. FURMAN
                                                     United States District Judge