UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
CHARLES STAFFIERI, :
:
Plaintiff, :  22-CV-8616 (JMF)
:
-v- :  ORDER
:
LAW ENFORCEMENT EMPLOYEES BENEVOLENT :
ASSOCIATION et al., :
:
Defendants. :
:
------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      Defendant Law Enforcement Employees Benevolent Association ("LEEBA") in this action appears to be in default. Plaintiff shall file any motion for default judgment, in accordance with the Court's Individual Rules and Practices for Civil Cases (available at https://nysd.uscourts.gov/hon-jesse-m-furman), **within two weeks of the date of this Order**. If Plaintiff's counsel submits calculations in support of any motion for default judgment, Plaintiff's counsel shall also email native versions of the files with the calculations (i.e., versions of the files in their original format, such as in ".xlsx") to Chambers at Furman_NYSDChambers @nysd.uscourts.gov. If or when a motion for default judgment is filed, the Court will enter a further Order setting a deadline for any opposition and reply and scheduling a show cause hearing. If no motion for default judgment is filed by the deadline set forth above, LEEBA may be dismissed for failure to prosecute without further notice to any party.

      Plaintiffs shall electronically serve a copy of this Order on Defendant LEEBA **within two business days from the date of this Order** and shall file proof of such service **within three business days of the date of this Order**.

      SO ORDERED.

Dated: December 8, 2022
      New York, New York

_____
JESSE M. FURMAN
United States District Judge